■ J. LEONARD SPODEK, Also Known as LEONARD SPODEK, et al., Plaintiffs, v CHARLES NEISS, Individually and as Executor of BENCION NEISS, Deceased, et al., Appellants, and MOSES FRIED et al., Respondents. [28 NYS3d 325]—In an action, inter alia, to recover damages for breach of contract, the appeal is from an order of the Supreme Court, Nassau County (Bucaria, J.), entered February 5, 2014, which, on the court's own motion, appointed a receiver of certain premises in Brooklyn.

Ordered that the appeal is dismissed, without costs or disbursements.

No appeal lies as of right from an order which does not decide a motion made on notice, and leave to appeal has not been granted (see CPLR 5701 [a] [2]; Garcia v Eurobungy USA, 120 AD3d 623 [2014]). Balkin, J.P., Roman, Cohen and Hinds-Radix, JJ., concur.